1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL L. OVERTON,                        No.  2:23-cv-0375 DB P

12                Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14   UNKNOWN,

15                Defendant.

16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

U.S.C. § 1983.  Plaintiff alleges large sums of money are owed to him.  By order dated July 20,

19

2023, plaintiff was ordered to either submit a properly completed application to proceed in forma

20

pauperis or pay the filing fee within thirty days.  Plaintiff was advised that failure to comply with

21

the court's order would result in a recommendation that this action be dismissed.  Those thirty

22

days have passed, and plaintiff has not paid the filing fee, submitted an application to proceed in

23

forma pauperis, requested additional time to submit an application, updated his address, or

24

otherwise responded to the court's order.  Accordingly, the court will recommend that this action

25

be dismissed for failure to prosecute and failure to comply with court orders.  See Fed. R. Civ. P.

26

41(b); Local Rule 110.

27
     ////
28

                                               1

1    For the foregoing reasons, the Clerk of the Court is ORDERED to randomly assign this

2    action to a United States District Judge.

3        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

4        These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty-one (21)

6    days after being served with these findings and recommendations, plaintiff may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

9    failure to file objections within the specified time may waive the right to appeal the District

10   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11   Dated:  September 14, 2023

12

13

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19   DB:12
     DB/DB Prisoner Inbox/Civil.Rights/R/over0375.f&r.noIFP

20

21

22

23

24

25

26

27

28

2